***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

Argued and submitted January 5, affirmed February 1, 2023

In the Matter of

Corrine FLINT, RN,
*Petitioner,*

*v.*

OREGON STATE BOARD OF NURSING,
*Respondent.*

Oregon State Board of Nursing
1800819; A175061

Richard D. Cohen argued the cause and filed the briefs for petitioner.

Carson L. Whitehead, Assistant Attorney General, argued the cause for respondent. Also on the brief were Ellen F. Rosenblum, Attorney General, and Benjamin Gutman, Solicitor General.

Before Tookey, Presiding Judge, and Egan, Judge, and Kamins, Judge.

KAMINS, J.

Affirmed.

**KAMINS, J.**

Petitioner appeals from the Oregon State Board of Nursing's final order imposing a six-month suspension for conduct derogatory to the standards of nursing. ORS 678.111(1)(f), (g); OAR 851-045-0070(2)(e) (May 4, 2012) (conduct derogatory to the standards of nursing includes "[f]ailing to report actual or suspected incidents of child abuse or elder abuse to the appropriate state agencies"). Having reviewed the record, we conclude that the board's findings and conclusions were supported by substantial evidence and substantial reason and that it did not abuse its discretion by imposing a six-month suspension. ORS 183.482 (setting forth our standard of review). Specifically, the record supports the board's conclusions that petitioner had reasonable cause to believe that the incident in question constituted child abuse and that she chose not to report it because she feared the consequences to herself, not because she reasonably determined that the incident was not reportable. *See* ORS 419B.010(1) (requiring immediate disclosure if a mandatory reporter has "reasonable cause to believe" that child abuse has occurred). In light of our standard of review, petitioner's arguments to the contrary provide no basis for reversal.

Affirmed.